ROSE CORN, Individually and as Executrix of ROBERT CORN, Deceased, Respondent, v. HELEN EINSON, Appellant.— In an action to recover moneys alleged to have been obtained by defendant through fraud and undue influence, judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

LORENZO FERRARA, Respondent, v. LILLIAN AGOGLIA, Appellant.— Defendant appeals from an order striking out certain denials and affirmative defenses contained in her amended answer in this action by a judgment creditor to set aside a conveyance as fraudulent. Order affirmed, with $10 costs and disbursements. No opinion. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.

FLORENCE GILBERT, an Infant, by VIRGINIA GILBERT, Her Guardian ad Litem, et al., Respondents, v. STANTON BREWERY, INC., Appellant.— Action to recover damages for personal injuries suffered as a consequence of a fifty-pound plank being dislodged from defendant's loading platform and falling upon one of the infant plaintiff's toes, causing her injury. Companion action by her mother for expenses and loss of services. Judgment of the County Court of Westchester County, in favor of plaintiffs unanimously affirmed, with costs. While the court erred in charging in the action for loss of services that the mother was entitled to be compensated for loss of companionship of the infant daughter (*Werbolovsky* v. *N. Y. & B. Despatch Ex. Co.*, 63 Misc. 329), it may not be said under the proof in this case that the error was prejudicial. (Civ. Prac. Act, § 106.) Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

BRUNO GROSSMANN, Appellant, v. CLUB TRANSPORTATION CORP., Respondent. YONKERS GENERAL HOSPITAL, Plaintiff, v. CLUB TRANSPORTATION CORP., Defendant.— Action to recover damages for personal injuries suffered by plaintiff, an interne employed by the Yonkers General Hospital, when an ambulance in which he was riding collided with defendant's bus. Judgment in favor of defendant, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ. [See *post*, p. 983.]

In the Matter of the Application of JACK BERGEN, Appellant, against DOMESTIC RELATIONS COURT OF THE CITY OF NEW YORK, FAMILY COURT, KINGS COUNTY, et al., Respondents.— Order denying appellant's motion for an order of prohibition directed to the Domestic Relations Court of the City of New York, Family Court Division, and to petitioner's wife, unanimously affirmed, with $10 costs and disbursements. (*Matter of Kohn* v. *Domestic Relations Ct. of City of N. Y.*, 244 App. Div. 829; *Martino* v. *Martino*, 266 App. Div. 832.) Present — Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ.

In the Matter of the Arbitration between MICAMOLD RADIO CORPORATION, Appellant, and LOCAL 430, UNITED ELECTRICAL, RADIO & MACHINE WORKERS OF AMERICA, C. I. O., Respondent.— Appeal from an order denying a motion to stay arbitration and to vacate a notice of intention to arbitrate. Order affirmed, with $10 costs and disbursements. No opinion. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur. [See *post*, p. 991.]